Ronald Satish EMRIT, Plaintiff-Appellant,

v.

Congressman Joe HECK, Defendant-Appellee.

No. 17-1364

United States Court of Appeals, Fourth Circuit.

Submitted: June 20, 2017

Decided: June 30, 2017

Ronald Satish Emrit, Appellant Pro Se.

Before MOTZ, THACKER, and HARRIS, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ronald Satish Emrit appeals the district court's order dismissing his civil complaint for improper venue. On appeal, we limit our review to the issues raised in Emrit's informal brief. *Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014). We have reviewed the record in light of these arguments and find no reversible error. Accordingly, we affirm substantially for the reasons stated by the district court. *Emrit v. Heck*, No. 8:17-cv-00074-PWG (D. Md. Jan. 26, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*